SO ORDERED.

Dated: January 25, 2019

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

JOEL ROBELTO QUINONES aka JOEL ROBERTO QUINONES and TIERRA DESHAYE SPRATLIN,

Debtors.

(Chapter 7 Case)

No. 2:17-bk-06842-EPB

**ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO ENTER INTO A COMPROMISE WITH THE DEBTORS**
**AS AMENDED BY THE COURT**

After thorough consideration of the Stipulated Trustee's Application for Authority to Enter Into a Compromise with the Debtors filed by Robert A. MacKenzie, Trustee, and good cause appearing therefor;

THE COURT FINDS that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

IT IS HEREBY ORDERED approving Trustee's Stipulated Application **as amended** and authorizing Robert A. MacKenzie, Trustee, to accept the sum of $3,956.30 as full and complete settlement of the Estate's non-exempt pro-rata portion (45.48%) of Debtors' 2017 federal and state income tax refunds, payable as follows:

a. Debtors shall pay the sum of $3,956.30 with an ~~immediate~~ **initial** payment of $400.00 ~~and~~ **to be made within ten (10) days of entry of this Order,** then successive monthly payments to the Trustee of $200.00 per month commencing ~~February~~ **March** 15, 2019, and continuing on the 15th day of each month thereafter until paid.

Debtors' payments shall be remitted to "Robert A. MacKenzie, Trustee" and delivered

in care of Lane & Nach, P.C.

b. Debtors shall turnover to the Trustee their 2018 Federal and Arizona refunds to the extent necessary to expedite the repayment of the Funds. Debtors shall timely file the income tax returns (NOT electronically); immediately provide the Trustee with copies of the filed returns; and, turnover the refunds directly to the Trustee immediately upon receipt.

c. No interest will accrue unless the Debtors default in a payment to the Trustee and said default continues for a period of five days. In the event Debtors default in a payment of any sums due to the Trustee under the terms of this Order, Trustee will provide Debtors notice of default in writing and shall give the Debtors a period of five (5) days to cure the default. If the default is not timely cured, the balance owed the Estate will bear interest at the rate ~~of ten percent (10%) and will all be due and payable.~~ **set forth in 28 U.S.C. Section 1961.** Trustee will file a notice of default with the Court and will lodge ~~an~~ **a proposed** Order granting a judgment for the Estate against the Debtor for the unpaid balance.

**DATED AND SIGNED ABOVE**