**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com
Kristofer R. McDonald – 033239
Email: kristofer.mcdonald@lane-nach.com

*Attorneys for Robert A. MacKenzie, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>JOEL ROBELTO QUINONES aka JOEL ROBERTO QUINONES and TIERRA DESHAYE SPRATLIN,<br><br>Debtors.<br><br>ROBERT A. MACKENZIE, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL ROBELTO QUINONES aka JOEL ROBERTO QUINONES and TIERRA DESHAYE SPRATLIN,<br><br>Defendants. | (Chapter 7 Case)<br><br>Case No. 2:17-bk-06842-EPB<br><br>*Adv. No.*<br><br>**COMPLAINT FOR REVOCATION OF DISCHARGE** |

Robert A. MacKenzie, Chapter 7 Trustee and Plaintiff herein ("**Plaintiff**"), by and through his counsel undersigned, for his Complaint against Joel Robelto Quinones aka Joel Roberto Quinones and Tierra Deshaye Spratlin ("**Defendants**"), respectfully alleges as follows:

### JURISDICTION AND VENUE

1. Plaintiff consents to the jurisdiction of this Court pursuant to Fed.R.Bankr.P. 7008.

2. Venue is proper before this Court pursuant to 28 U.S.C. §1409(a).

3. Pursuant to Federal Rule of Bankruptcy Procedure 7001, a proceeding to revoke a discharge is governed by Part VII of the Federal Rules of Bankruptcy Procedure.

4. Plaintiff is the duly appointed and acting Trustee herein.

5. Defendants are residents of the State of Arizona.

6. All acts giving rise to the cause of action in this Complaint occurred or caused events to occur in the State of Arizona.

## GENERAL ALLEGATIONS

7. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

8. This case was commenced by a voluntary petition filed by Defendants under Chapter 7 of Title 11, United States Code, on June 16, 2017 ("**Petition Date**").

9. Defendants received their discharge on October 2, 2017.

10. Among the assets of this Estate are the non-exempt pro-rata portions (45.48%) of Defendants' 2017 federal ($8,623.00) and state ($76.00) income tax refunds, in the aggregate amount of $3,956.30 ("**Tax Refunds**").

11. By Order dated November 21, 2018 [Dkt. 26], the Court granted Plaintiff's Motion to Compel Debtors to Turnover the Tax Refunds ("**Turnover Order**").

12. As a result of the Turnover Order, Defendants entered into a repayment plan as set forth in the Stipulation for Authority to Enter Into a Compromise with the Debtors [Dkt. 31], which Stipulation the Court approved by Order dated January 25, 2019 [Dkt. 35] ("**9019 Order**").

13. Pursuant to the 9019 Order, Defendants were to pay a total sum of $3,956.30 through an initial payment of $400.00, followed by successive monthly payments of $200.00, until the Tax Refunds were paid in full. Debtors were additionally required to timely file their 2018 state and federal income tax returns and turnover any refunds received in order to repay the balance due and owing the Estate ("**2018 Returns and Refunds**").

14. Defendants defaulted on the agreed-upon payment plan after making a single payment of $400.00, and failed to remit the 2018 Returns and Refunds.

15. On August 19, 2019, this Court entered default judgment against Defendants in the amount of $3,556.30 ("**Judgment**").

16. Despite proper notice and demand, Defendants have failed to comply with this Court's Turnover Order, 9019 Order, and Judgment (collectively "**Orders**").

### REVOCATION OF DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(6)(A) and (d)(3)

17. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

18. Pursuant to 11 U.S.C. §§ 727(a)(6)(A) and (d)(3), Plaintiff seeks to have the Defendants' discharge revoked on the grounds that the Defendants have refused, despite proper notice and demand, the lawful Orders of this Court.

19. The Defendants have been provided with sufficient opportunity within which to repay the funds due and owing and Defendants have intentionally failed to do so.

WHEREFORE, Plaintiff prays for judgment against Defendants, Joel Robelto Quinones aka Joel Roberto Quinones and Tierra Deshaye Spratlin, as follows:

A. Revoking the Defendants' discharge effective upon the entry of Judgment;

B. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 16th day of April, 2020.

**LANE & NACH, P.C.**

By: */s/ Kristofer R. McDonald – 033239*
Michael P. Lane
Kristofer R. McDonald
*Attorneys for Plaintiff*