SO ORDERED.

Dated: November 16, 2020

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JOEL ROBELTO QUINONES aka JOEL ROBERTO QUINONES and TIERRA DESHAYE SPRATLIN, | No. 2:17-bk-06842-EPB |
| | **ABANDONMENT ORDER** |
| Debtor. | |

Trustee having filed his Notice of Abandonment and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED approving Trustee's Notice of Abandonment, the following property shall be abandoned by the Trustee as burdensome and of inconsequential value to the Estate: approximate sum of $15.00.

**DATED AND SIGNED ABOVE**